Argued March 21; affirmed July 10; rehearing denied
September 4, 1930

JANE CHILSON, *Appellant, v.* LANE COUNTY
STATE & SAVINGS BANK, a Corporation,
Frank C. Bramwell, and S. S. Lasswell,
*Respondents.*

(290 P. 238)

*M. W. Skipworth* of Marshfield (Goss, Murphy &
Skipworth of Marshfield, on brief) for appellant.

*Charles A. Hardy* of Eugene for respondents.

COSHOW, C. J.  This is another case which was
consolidated with the case of Pauline Downing against
the same defendants and the case of Stella Downing,
just decided.

Jane Chilson is a sister of Stella Downing and lived,
during the period of time that her funds were being
managed by Henry Bergman, executive officer of
defendant bank, in California, but spent a large por-
tion of her time in North Bend with her sister and
husband, Stella Downing and E. S. Downing.

The same decree must be rendered in the instant
case because it is identical, except as to amounts, with
the case of Stella Downing against the same defen-
dants, just decided.

For the reasons given in detail in the case of Pauline
Downing against the same defendants, just decided,
the decree of the circuit court in favor of defendants
is affirmed.

McBRIDE and RAND, JJ., concur.

ROSSMAN, J., absent.